```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 12-03036-RNO
Barbara Anne Kole                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: PRadginsk    Page 1 of 1    Date Rcvd: Sep 23, 2016
                      Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.
4346361      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
           (address filed with court:   Nationstar Mortgage, LLC,   PO Box 619096,   Dallas TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2016 at the address(es) listed below:
        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        Gary J Imblum   on behalf of Plaintiff Barbara Anne Kole gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
        Gary J Imblum   on behalf of Debtor Barbara Anne Kole gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
        Harry B Reese   on behalf of Creditor   OCWEN Loan Servicing, LLC harry.reese@pkjllc.com,
         chris.amann@pkjllc.com;nick.bracey@pkjllc.com
        Joshua I Goldman   on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joshua I Goldman   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity, but solely as Trustee for   the RMAC Trust, Series 2012-1T bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Lorraine Gazzara Doyle   on behalf of Creditor   OCWEN Loan Servicing, LLC LDoyle@udren.com,
         vbarber@udren.com
        Paige Marie Bellino   on behalf of Creditor   OCWEN Loan Servicing, LLC
         paige.bellino@powerskirn.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                               TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:12-bk-03036-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Barbara Anne Kole
404 Cascasde Road
Mechanicsburg PA 17055

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/23/2016.

Name and Address of Alleged Transferor(s):

Claim No. 1: Nationstar Mortgage, LLC, PO Box 619096, Dallas TX 75261-9741

Name and Address of Transferee:

U.S. Bank National Association, et al.
P.O.Box 52708, Irvine, CA 92619
U.S. Bank National Association, et al.
P.O.Box 52708, Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/25/16

Terrence S. Miller
**CLERK OF THE COURT**