```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 12-03036-RNO
Barbara Anne Kole                                                   Chapter 13
         Debtor           CERTIFICATE OF NOTICE
District/off: 0314-1           User: PRadginsk              Page 1 of 2              Date Rcvd: Dec 08, 2016
                               Form ID: ordsmiss            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2016.
db             +Barbara Anne Kole,    404 Cascasde Road,    Mechanicsburg, PA 17055-5519
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX 75063)
4119803        +1661 Worthington Road #100,    West Palm Beach, FL 33409-6493
4185491        +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
4110846         CITIFINANCIAL,   300 SAINT PAUL PLAZA,    BALTIMORE, MD 21202
4184186         CitiFinancial, Inc,   P.O. Box 6042,    Sioux Fall, SD 57117-6042
4110848        +DAILEY HARVEY EYE ASSOCIATES,    1857 CENTER STREET,    CAMP HILL, PA 17011-1739
4110854        +MCCLURE LAW OFFICE,    PO BOX 65,   MIDDLETOWN, PA 17057-0065
4110858        +PEERLESS CREDIT,    659 SPRING GARDEN DRIVE,    MIDDLETOWN, PA 17057-3033
4110859        +PENNCREDIT,    PO BOX 1259,   DEPARTMENT 91047,    POTTSTOWN, PA 19464-0882
4110860        +PSECU,   PO BOX 1006,    HARRISBURG, PA 17108-1006
4836807        +U.S. Bank National Association, et al.,     P.O.Box 52708,Irvine, CA 92619,
                 U.S. Bank National Association, et al.,    P.O.Box 52708,Irvine, CA 92619-2708
4836806         U.S. Bank National Association, et al.,    P.O.Box 52708,Irvine, CA 92619
4110863        +UDREN LAW OFFICES PC,    WOODCREST CORPORATE CENTER,    111 WOODCREST ROAD SUITE 200,
                 CHERRY HILL, NJ 08003-3620
4110864        +YORK CREDIT BUREAU,    33 S DUKE STREET,    YORK, PA 17401-1401
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4110845        +EDI: AFNIRECOVERY.COM Dec 08 2016 18:58:00      AFNI,   PO BOX 3097,
                 BLOOMINGTON, IL 61702-3097
4143976         EDI: AIS.COM Dec 08 2016 18:58:00      American InfoSource LP as agent for,
                 InSolve Recovery, LLC,    PO Box 269093,    Oklahoma City, OK 73126-9093
4110850        +EDI: HFC.COM Dec 08 2016 18:58:00      HSBC BANK,   PO BOX 5253,    CAROL STREAM, IL 60197-5253
4110851        +EDI: RMSC.COM Dec 08 2016 18:58:00      JCPENNY/GECRB,    PO BOX 965005,    ORLANDO, FL 32896-5005
4110852        +EDI: RMSC.COM Dec 08 2016 18:58:00      LOWE'S/GECRB,    PO BOX 965004,    ORLANDO, FL 32896-5004
4110853        +EDI: RESURGENT.COM Dec 08 2016 18:58:00      LVNV FUNDING,    PO BOX 10584,
                 GREENVILLE, SC 29603-0584
4110849        +EDI: MID8.COM Dec 08 2016 18:58:00      MCM,   PO BOX 603,   OAKS, PA 19456-0603
4110855        +EDI: MID8.COM Dec 08 2016 18:58:00      MIDLAND FUNDING,    8875 AERO DRIVE,   SUITE 200,
                 SAN DIEGO, CA 92123-2255
4110856        +E-mail/Text: bankruptcydepartment@tsico.com Dec 08 2016 19:00:31
                 NCO FINANCIAL SYSTEMS, INC.,    PO BOX 15630,    WILMINGTON, DE 19850-5630
4110857        +Fax: 407-737-5634 Dec 08 2016 19:09:30      OCWEN,   1661 WORTHINGTO ROAD,    SUITE 100,
                 WEST PALM BEACH, FL 33409-6493
4142158        +Fax: 407-737-5634 Dec 08 2016 19:09:30      Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
4158577         EDI: PRA.COM Dec 08 2016 18:58:00      Portfolio Recovery Associates, LLC,     POB 12914,
                 Norfolk VA 23541
4298252        +EDI: PRA.COM Dec 08 2016 18:58:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
4110862        +EDI: CHASE.COM Dec 08 2016 18:58:00      TOYSRUS CHASE,    PO BOX 15298,
                 WILMINGTON, DE 19850-5298
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
4346360*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas TX 75261-9741)
4346361*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas TX 75261-9741)
4110847       ##+COMMERCIAL ACCEPTANCE,    2 W MAIN STREET,    CAMP HILL, PA 17011-6326
4110861       ##+SHIPLEY ENERGY,    PO BOX 946,   550 E KING STREET,    YORK, PA 17403-1771
                                                                                         TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                           Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2016 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Gary J Imblum    on behalf of Plaintiff Barbara Anne Kole gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Gary J Imblum    on behalf of Debtor Barbara Anne Kole gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Harry B Reese    on behalf of Creditor    OCWEN Loan Servicing, LLC harry.reese@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com
          Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity, but solely as Trustee for the RMAC Trust, Series 2012-1T bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lorraine Gazzara Doyle    on behalf of Creditor    OCWEN Loan Servicing, LLC LDoyle@udren.com,
           vbarber@udren.com
          Paige Marie Bellino    on behalf of Creditor    OCWEN Loan Servicing, LLC
           paige.bellino@powerskirn.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Barbara Anne Kole | Chapter | 13 |
| fka Barbara Anne Erickson | | |
| **Debtor(s)** | Case No. | 1:12–bk–03036–RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above–named case of the debtor(s) be and is hereby dismissed.

Dated: December 8, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk