## Sharlene Miller

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Friday, December 09, 2016 12:53 PM |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Barbara Anne Kole, Case Number: 12-03036, RNO, Ref: [p-102493664] |
| Attachments: | B_P11203036ordsmiss0398.PDF |

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

December 10, 2016

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Barbara Anne Kole, Case Number 12-03036, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Ronald Reagan Federal Building**
**PO Box 908**
**Harrisburg, PA 17108**

---

Undeliverable Address:
COMMERCIAL ACCEPTANCE
2 W MAIN STREET
CAMP HILL, PA 17011

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

<u>2300 Gettysburg Rd #102</u>
<u>Camp Hill PA 17011</u>

Undeliverable Address:
SHIPLEY ENERGY
PO BOX 946
550 E KING STREET
YORK, PA 17403

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
<u>Can't find address</u>

_____   _12/13/16_
Signature of Debtor or Debtor's Attorney    Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

Total Control Panel                                                         Login

To: gary.imblum@imblumlaw.com          Message Score: 1              High (60): Pass
From:                                   My Spam Blocking Level: Low  Medium (75): Pass
usbankruptcycourts@noticingcenter.com                                Low (90): Pass

                                        Block this sender
                                        Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*