**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Barbara Anne Kole  
       <u>Debtor(s)</u>

BKY. NO. 12-03036 RNO

CHAPTER 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6237

                               Respectfully submitted,

                               <u>**/s/ Thomas Puleo**</u>  
                               Thomas Puleo, Esquire  
                               James C. Warmbrodt, Esquire  
                               KML Law Group, P.C.  
                               701 Market Street, Suite 5000  
                               Philadelphia, PA 19106-1532  
                               (215) 825-6306  FAX (215) 825-6406  
                               Attorney for Movant/Applicant